

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: TEXAS FARMERS INSURANCE COMPANY, | § | No. 08-13-00120-CV |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

**MEMORANDUM OPINION**

Relator, Texas Farmers Insurance Company, has filed a petition for writ of mandamus against the Honorable Angie Juarez Barill, Judge of the 346th District Court of El Paso County Texas. Relator asks the Court to issue a writ of mandamus requiring Respondent: (1) to vacate her orders denying a plea in abatement and a motion to compel appraisal, as well as her orders denying Relator's motions to reconsider; and (2) to order appraisal and sever the extra-contractual claims from the breach of contract claim, and/or abate the extra-contractual claims until the breach of contract claim is fully resolved.

To be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate

that there is no adequate remedy by appeal. *In re Prudential Insurance Company of America*, 148 S.W.3d at 135-36. Based on the record before us, we conclude that Relator has not established it is entitled to mandamus relief. Accordingly, the petition for writ of mandamus is denied. *See* TEX.R.APP.P. 52.8(a).


October 18, 2013

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.